IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RHONDA J. EPSON,                              )
                              Plaintiff,      )
                                              )
v.                                            )        No. 08-2349-CM
                                              )
MICHAEL J. ASTRUE,                            )
Commissioner of Social Security,             )
                              Defendant.      )
_____)

<u>ORDER</u>

On July 30, 2008, Plaintiff Rhonda Epson filed a Motion for Leave to proceed in forma pauperis (Doc. 2) in the above related case.  United States Magistrate Judge John Thomas Reid issued a Report and Recommendation regarding Plaintiff's motion (Doc. 4).  Plaintiff then filed a document entitled "Plaintiff's Response to Magistrate's Report and Recommendation."  (Doc. 5).  Although docketed as an "Objection to Report and Recommendation," (Doc. 5), plaintiff's filing (Doc. 5) is a stipulation to the Magistrate Judge's Report and Recommendation rather than an objection.  Plaintiff "stipulates that she should and shall pay the court cost deposit."  (Doc. 5).

The court has reviewed the Report and Recommendation filed by Magistrate Judge Reid.  Based upon that review and the fact Plaintiff's objection is a stipulation to the Report and Recommendation, the court adopts the Report and Recommendation and ORDERS that Plaintiff's Motion for Leave to proceed in forma pauperis is DENIED (Doc. 2).

IT IS FURTHER ORDERED that Plaintiff pay any fees or costs in the above related action.

Dated this 29th day of August, 2008, at Kansas City, Kansas.

s/ Carlos Murguia
CARLOS MURGUIA
United States District Judge
