### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RHONDA J. EPSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| **v.** ) | |
| ) | **No. 08-2349-CM** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

On August 12, 2009, United States Magistrate Judge Gerald B. Cohn issued his Report and Recommendation in the above-captioned matter. The time for filing objections to the Report and Recommendation has come and gone and no objections have been filed.

The court has reviewed the thorough Report and Recommendation filed by Magistrate Judge Cohn. Based upon that review and the fact that no objection has been filed to it, the court adopts the Report and Recommendation in its entirety and orders that the decision of the Secretary be reversed and the case remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g), as set forth in Magistrate Judge Cohn's Report and Recommendation.

**IT IS SO ORDERED.**

Dated this 27th day of August, 2009 at Kansas City, Kansas.

s/ Carlos Murguia
**CARLOS MURGUIA**
**United States District Judge**